**Mark KELLY, Petitioner,**

v.

**Jeffrey ZIOLKO, Cynthia Ziolko, and Frank Ziolko, Jr., Respondents.**

Supreme Court of Pennsylvania.

March 23, 1999.

## ORDER

PER CURIAM:

AND NOW, this 23 rd day of March, 1999, the Petitions for Allowance of Appeal are granted. The order of the Superior Court is reversed, and these matters are remanded to that court for reconsideration in light of this court's decision in *Washington v. Baxter*, 553 Pa. 434, 719 A.2d 733 (1998).